**SAO**
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
Dwilliams@dhwlawlv.com
DREW STARBUCK, ESQ.
Nevada Bar No. 13964
Dstarbuck@dhwlawlv.com
WILLIAMS & ASSOCIATES
612 South Tenth Street
Las Vegas, Nevada 89101
(702) 320-7755 (Phone)
(702) 320-7760 (Facsimile)
*Attorneys for Republic Silverstate Disposal, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE GRIMES; SATICOY BAY LLC SERIES 8453 VAST HORIZON; MIRA VISTA HOMEOWNER'S ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVERSTATE DISPOSAL, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-01013-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS REPUBLIC SILVERSTATE DISPOSAL, INC.** |

DEFENDANT, REPUBLIC SILVERSTATE DISPOSAL, INC., (hereinafter "Republic") by and through its attorney, Drew J. Starbuck, Esq., of the Law Firm of WILLIAMS & ASSOCIATES, Jeffry M. Dorocak, Esq., of the City of Las Vegas City Attorney's Office on behalf of Defendant

-1-

City of Las Vegas, and Rex D. Garner, Esq., of the law firm of AKERMAN, LLP on behalf of Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8, do hereby stipulate to dismiss Republic Silverstate Disposal, Inc. from the above captioned matter with each party bearing their own fees and costs.

The parties agree that Republic's liens shall remain on the subject real property located at 8453 Vast Horizon Avenue, Las Vegas, NV 89129 in accordance with NRS 444.520(3), and that Republic shall be allowed to amend its lien as allowed by Nevada Law.

| **AKERMAN, LLP** | **WILLIAMS & ASSOCIATES** |
|---|---|
| /s/ Rex D. Garner | /s/ Drew Starbuck |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA8, Mortgage Pass-Through Certificates, Series 2006-OA8* | DONALD H. WILLIAMS, ESQ.<br>Nevada Bar No. 5548<br>DREW STARBUCK, ESQ.<br>Nevada Bar No. 13964<br>612 S. Tenth Street<br>Las Vegas, NV 89101<br>*Attorneys for Republic Silver State Disposal, Inc.* |

**CITY ATTORNEYS**

*/s/ Jeffry M. Dorocak*
BRADFORD R. JERBIC, ESQ.
Nevada Bar No. 1056
JEFFRY M. DOROCAK, ESQ.
Nevada Bar No. 13109
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
*Attorneys for City of Las Vegas*

## ORDER

IT IS SO ORDERED this __7th__ day of ____July____, 2017.

WILLIAMS & ASSOCIATES

By:_____
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
DREW J. STARBUCK, ESQ.
Nevada Bar No. 13964
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Republic Silverstate Disposal, Inc.*

_____
RICHARD F. BOULWARE, II
United States District Judge