BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jdorocak@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE GRIMES; SATICOY BAY LLC SERIES 8453 VAST HORIZON; MIRA VISTA HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-1013-RFB-GWF |

## **STIPULATION AND ORDER TO DISMISS CITY OF LAS VEGAS**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, to dismiss Defendant CITY OF LAS VEGAS ("City") from the above-captioned matter with each party to bear their own attorney's fees and costs.

. . . .

. . . .

. . . .

IT IS FURTHER STIPULATED AND AGREED that the City's liens shall remain on the subject real property located at 8453 Vast Horizon Avenue, Las Vegas, NV 89129 in accordance with NRS 268.043(6) for utility fees incurred in rendering sewer services to the subject property.

DATED this 27th day of September, 2017.

AKERMAN LLP

By: /s/ Natalie L. Winslow, Esq.
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, #330
Las Vegas, NV 89144
Attorneys for Plaintiff

DATED this 27th day of September, 2017.

BRADFORD R. JERBIC
City Attorney

By: /s/ Jeffry M. Dorocak
JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of September, 2017.