# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE GRIMES; SATICOY BAY LLC SERIES 8453 VAST HORIZON; MIRA VISTA HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01013-RFB-GWF<br><br>**ORDER** |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

1

**IT IS FURTHER ORDERED** that Defendant Saticoy Bay LLC Series 8453 Vast Horizon's Motion to Dismiss (ECF No. 42), MOTION to Strike Jury Demand (ECF No. 55), and Motion for Summary Judgment (ECF No. 63); and Plaintiff Bank of New York Mellon's Motion for Summary Judgment (ECF No. 64) are DENIED without prejudice. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion to Dismiss/Motion for Summary Judgment or to file a notice renewing the previously filed motion.

The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Defendant Saticoy Bay LLC Series 8453 Vast Horizon's Motion to Stay Case (ECF No. 58) is DENIED as moot.

DATED this 13th day of July, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE