MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 8435 Vast Horizon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA8,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE GRIMES; SATICOY BAY LLC SERIES 8453 VAST HOIZON; MIRA VISTA HOMEOWNERS ASSOCIATION; TERA WEST COLLECTIONSG ROUP LLC; CITY OF LAS VEGAS; REPUBLIC SILVER STATE DISPOSAL, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01013<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO FILE MOTIONS AND PRETRIAL ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Defendant Saticoy Bay LLC Series 8453 Vast Horizon (hereinafter "Saticoy Bay"), through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd.; plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA8, Mortgage Pass-Through Certificates, Series 2006-OA8, by and through its counsel, Darren T. Brenner, Esq.; and

1

defendants Mira Vista Homeowners Association and Terra West Collections Group LLC dba Assessment Management Services ("HOA"), by and through its counsel, Thomas E. McGrath, Esq., as follows:

1. On July 13, 2018, this court entered an order staying this matter.

2. As part of the stay order, this court denied Saticoy Bay's motion to dismiss [ECF No. 42], motion to strike jury demand [ECF No. 55], and motion for summary judgment [ECF No. 63]; plaintiff's motion for summary judgment [ECF No. 64] without prejudice.

3. On August 2, 2018, the Nevada Supreme Court answered the certified question.

4. On August 23, 2018, the court entered a minute order that the stay be lifted.

5. The order extended the deadline to file any dispositive motions to September 24, 2018.

6. Due to the number of cases which have become unstayed as a result of the resolution of the certified question, counsel for all parties wish to have additional time to file modified or renewed motions.

6. Accordingly, the parties hereby request this court set the following deadlines

    a.    All parties shall have until October 8, 2018, to file modified or renewed motions for summary judgment.

/ / /

/ / /

/ / /

   b.  The parties shall file their pretrial order no later than November 8, 2018, which date shall be stayed by the filing of a motion or motions for summary judgment.

Dated this 20th day of September, 2018.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
|---|---|
| By: /s/ Nikoll Nikci, Esq.<br> Michael F. Bohn, Esq.<br> Nikoll Nikci, Esq.<br> 2260 Corporate Cir, Suite 480<br> Henderson, Nevada 89074<br> Attorney for defendants Saticoy Bay LLC<br> Series 4039 Meadow Foxtail Dr. and 4039<br> Meadow Foxtail Dr Trust | By: /s/ Natalie L. Winslow, Esq.<br> Darren T. Brenner, Esq.<br> Natalie L. Winslow, Esq.<br> 1635 Village Center Circle, Suite 200<br> Las Vegas, Nevada 89134<br> Attorney for plaintiff Nationstar Mortgage<br> LLC |

TYSON & MENDES LLP

By: /s/ Margaret E. Schmidt, Esq.
 Thomas E. McGrath, Esq.
 Margaret E. Schmidt, Esq.
 3960 Howard Hughes Parkway, Suite 600
 Las Vegas, Nevada 89169
 Attorney for defendants Mira Vista
 Homeowners Association and Terra West
 Collections Group LLC dba Assessment
 Management Services

## **ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: September 23, 2018.